**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02659-BNB

(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JAMES M. ROBINSON,

    Applicant,

v.

VALERIE ESTRADA, Denver County Court Probation, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCY**

---

    Applicant, James M. Robinson, currently resides in Denver, Colorado.  Applicant initiated this case by submitting a Petition for Writ of Habeas Corpus to the Court challenging his conviction for public indecency in Denver County Court in Case No. 09GS035934.  Applicant also paid the $5.00 filing fee.

    As part of this Court's review pursuant to D.C.COLO.LCivR 8.2, this Court has determined that the Petition is deficient as described in this Order.  Applicant will be directed to cure the following if he wishes to pursue his claims.  Any papers that Applicant files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1) ___ is not submitted
(2) ___ is missing affidavit
(3) ___ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) ___ is not on proper form (must use the Court's current form)
(8) ___ Names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the Court. Only an original has been received.
(10) ___ Other:

**Complaint, Petition or Application**:

(1) ___ is not submitted
(2) _X_ is not on proper form (must use the Court's current form)
(3) ___ is missing an original signature by the prisoner
(4) ___ is missing page nos. ___
(5) ___ Uses et al. instead of listing all parties in caption
(6) ___ An original and a copy have not been received by the court. Only an original has been received.
(7) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(8) ___ Names in caption do not match names in text
(9) ___ Other _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on the Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved 28 U.S.C. § 2254 Application form, along with the applicable instructions, at www.cod.uscourts.gov. It is

2


FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the Application will be denied and the action will be dismissed without further notice.

DATED October 10, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge