**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02659-BNB
(**The above civil action number must appear on all future papers
   sent to the court in this action.  Failure to include this number
   may result in a delay in the consideration of your claims.**)

JAMES M. ROBINSON,

      Applicant,

v.

VALERIE ESTRADA, Denver County Court Probation, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

### ORDER DIRECTING APPLICANT TO CURE DEFICIENCY

---

      Applicant, James M. Robinson, currently resides in Denver, Colorado.  Applicant

initiated this case by submitting a Petition for Writ of Habeas Corpus to the Court

challenging his conviction for public indecency in Denver County Court in Case No.

09GS035934.  Applicant also paid the $5.00 filing fee.

      As part of this Court's review pursuant to D.C.COLO.LCivR 8.2, this Court has

determined that the Petition is deficient as described in this Order.  Applicant will be

directed to cure the following if he wishes to pursue his claims.  Any papers that

Applicant files in response to this Order must include the civil action number on this

Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   __      is not submitted
(2)   __      is missing affidavit
(3)   __      is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __      is missing certificate showing current balance in prison account
(5)   __      is missing required financial information
(6)   __      is missing an original signature by the prisoner
(7)   __      is not on proper form (must use the Court's current form)
(8)   __      Names in caption do not match names in caption of complaint, petition or habeas application
(9)   __      An original and a copy have not been received by the Court. Only an original has been received.
(10)  __      Other:

**Complaint, Petition or Application**:

(1)   __      is not submitted
(2)   _X_     is not on proper form (must use the Court's current form)
(3)   __      is missing an original signature by the prisoner
(4)   __      is missing page nos. ___
(5)   __      Uses et al. instead of listing all parties in caption
(6)   __      An original and a copy have not been received by the court. Only an original has been received.
(7)   __      Sufficient copies to serve each defendant/respondent have not been received by the court.
(8)   __      Names in caption do not match names in text
(9)   __      Other _____

Accordingly, it is

ORDERED that Plaintiff cure the deficiency designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on the Order. It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved 28 U.S.C. § 2254 Application form, along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiency **within thirty days from the date of this Order** the Application will be denied and the action will be dismissed without further notice.

DATED October 10, 2012, at Denver, Colorado.

BY THE COURT:

 s/Boyd N. Boland
United States Magistrate Judge